

U. S. Department of Justice

*Daniel P. Bubar*
*Acting United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| U.S. Attorney's Office | Telephone (919) 856-4530 |
| 150 Fayetteville Street | Criminal FAX (919) 856-4487 |
| Suite 2100 | Civil FAX (919) 856-4821 |
| Raleigh, North Carolina 27601-1461 | www.usdoj.gov/usao/nce |

DATE: March 18, 2025

TO: PETER A. MOORE
Clerk of Court
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: DANIEL P. BUBAR
Acting United States Attorney

ATTN OF: Aria Q. Merle
Special Assistant United States Attorney

SUBJECT: U.S. v. Kenneth Mark Rosado

No. 5:25-CR-63 Western Division

    Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

    Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
    US Probation Office